IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Case No.: 7:25-cv-00797-D-RJ

| | |
|---|---|
| DENIA WILBURN, Individually and for Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ONSLOW MEMORIAL HOSPITAL, INC., <br><br> Defendant. | **JOINT MOTION FOR CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION, PRELIMINARY APPROVAL OF SETTLEMENT, AND TO FACILITATE NOTICE OF PROPOSED FLSA SETTLEMENT** |

Named Plaintiff Denia Wilburn, Individually and for Others Similarly Situated ("Named Plaintiff") and Defendant Onslow Memorial Hospital, Inc. ("Defendant) (together, the "Parties") by and through Named Plaintiff file this Joint Motion for Conditional Certification of Collective Action, Preliminary Approval of Settlement, and to Facilitate Notice of Proposed FLSA Settlement ("Motion"). By and through the Motion, the Parties request that the Court enter the proposed Preliminary Approval Order and: (1) conditionally certify a collective action under the Fair Labor Standards Act pursuant to 29 U.S.C. § 216(b) for a group of similarly situated individuals as identified in the Parties' settlement agreement; (2) preliminarily approve the Parties' settlement agreement; (3) approve the "Proposed Notice of Settlement of Collective Action Lawsuit" ("Notice"); (4) approve the proposed "Claim Form"; (5) order that the Notice be provided to all putative collective action members as described below; (6) authorize leave to send all putative collective action members the Court's approved Notice, Claim Form, tax forms, and a postage paid return envelope; and (7) approve the proposed schedule and procedure for the final approval of the terms of the Settlement Agreement.

1

Respectfully submitted this 12th day of December, 2025

| COUNSEL FOR DEFENDANT<br>ONSLOW MEMORIAL HOSPITAL, INC. | CO-COUNSEL FOR PLAINTIFFS |
|---|---|
| WYRICK ROBBINS YATES & PONTON LLP | FITZ LAW PLLC |

BY:  */s/ Cullen Stafford*
   T. Cullen Stafford
   NC Bar No. 48872
   4101 Lake Boone Trail, Suite 300
   Raleigh, NC 27607
   Telephone: (919) 781-4000
   Facsimile: (919) 781-4865
   Email: cstafford@wyrick.com

BY:  */s/ Carl A. Fitz*
   Carl A. Fitz
   Texas Bar No. 24105863
   Fitz Law PLLC
   3730 Kirby Drive, Suite 1200
   Houston, Texas 77098
   Telephone: (713) 766-4000
   carl@fitz.legal

BY:  */s/ Bert Miano*
   Bert J. Miano
   Miano Law PC
   301 South McDowell Street
   Suite 125 – Box 1352
   Charlotte, NC  28204
   bmiano@mianolaw.com

Local Rule 83.1(d) Counsel