IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:25-cv-00797-D-RJ

| | |
|---|---|
| DENIA WILBURN, Individually and for Others Similarly Situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ONSLOW MEMORIAL HOSPITAL, INC.,<br><br>*Defendant.* | **ORDER GRANTING JOINT MOTION FOR CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION, PRELIMINARY APPROVAL OF SETTLEMENT, AND TO FACILITATE NOTICE OF PROPOSED FLSA SETTLEMENT** |

This matter came before the Court on the Parties' Joint Motion for Conditional Certification of Collective Action, Preliminary Approval of Settlement, and to Facilitate Notice of Proposed FLSA Settlement ("Joint Motion") dated December 12, 2025. (Dkt 24). Having carefully considered the Joint Motion and the record, the undersigned has determined that the terms of the Parties' Settlement Agreement are fair, reasonable and adequate. IT IS, THEREFORE, ORDERED that the Parties Joint Motion is hereby GRANTED.

The Court ORDERS as follows:

1. A collective action is hereby conditionally certified for settlement purposes under the Fair Labor Standards Act, 29 U.S.C. § 216(b), for a group of similarly situated individuals as identified in Section 1.12 of the Parties' Settlement Agreement.

2. The Parties' proposed Settlement and Release Agreement ("Settlement Agreement," Exhibit 1 to the Parties' Memorandum In Support of Joint Motion For Conditional Certification of Collective Action, Preliminary Approval of Settlement, and to Facilitate Notice of Proposed FLSA Settlement) (Dkt 24-2) is preliminarily approved as it was reached as a result of

1

Case 7:25-cv-00797-BO-RJ    Document 27    Filed 12/30/25    Page 1 of 3

contested litigation to resolve a *bona fide* dispute. The Court further finds that the proposed settlement is within the range of possible final approval.

3. The Court approves the proposed Notice of FLSA Collective Action Settlement ("Notice") as set forth in "Exhibit A" to the Settlement Agreement. The Parties are authorized to send the Notice settlement pursuant to 29 U.S.C. § 216(b) to all putative Collective Action Members, as defined in the Settlement Agreement. Notice shall be sent pursuant to the procedure set forth in the Parties' Settlement Agreement.

4. The Court approves the proposed Claim Form, as set forth in "Exhibit B" to the Parties' Settlement Agreement.

5. The Court authorizes leave to send the notice to all putative Collective Members containing the Court's approved Notice, Claim Form, tax forms, and a postage paid return envelope addressed to the Settlement Claims Administrator, pursuant to the terms of the Settlement Agreement.

6. The Court authorizes Carl A. Fitz of Fitz Law PLLC to proceed as Collective Counsel in this matter.

7. The Court approves the proposed schedule and procedure for the final approval of the proposed Settlement Agreement.

SO ORDERED this __30__ day of December, 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

Respectfully submitted this 17th day of December, 2025

| COUNSEL FOR DEFENDANT | CO-COUNSEL FOR PLAINTIFFS |
| ONSLOW MEMORIAL HOSPITAL, INC. | |

WYRICK ROBBINS YATES & PONTON LLP    FITZ LAW PLLC

BY: /s/ Cullen Stafford
   T. Cullen Stafford
   NC Bar No. 48872
   4101 Lake Boone Trail, Suite 300
   Raleigh, NC 27607
   Telephone: (919) 781-4000
   Facsimile: (919) 781-4865
   Email: cstafford@wyrick.com

BY: /s/ Carl A. Fitz
   Carl A. Fitz
   Texas Bar No. 24105863
   Fitz Law PLLC
   3730 Kirby Drive, Suite 1200
   Houston, Texas 77098
   Telephone: (713) 766-4000
   carl@fitz.legal

BY: /s/ Bert Miano
   Bert J. Miano
   Miano Law PC
   301 South McDowell Street
   Suite 125 – Box 1352
   Charlotte, NC 28204
   bmiano@mianolaw.com

Local Rule 83.1(d) Counsel