IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

DENIA WILBURN, Individually and for
Others Similarly Situated,

    *Plaintiff*,

v.

ONSLOW MEMORIAL HOSPITAL, INC.,

    *Defendant*.

Case No. 7:25-cv-00797-D-RJ

## JOINT MOTION FOR CERTIFICATION OF COLLECTIVE ACTION AND FINAL APPROVAL OF FLSA SETTLEMENT

Named Plaintiff Denia Wilburn, Individually and for Others Similarly Situated ("Named Plaintiff") and Defendant Onslow Memorial Hospital, Inc. ("Defendant) (together, the "Parties") by and through their undersigned counsel, jointly request final approval of a Fair Labor Standards Act Settlement Agreement and Release (the "Settlement Agreement" or "Agreement"). The parties respectfully move the Court for an Order:

1.    Certifying a FLSA Collective Action for settlement purposes under the Fair Labor Standards Act pursuant to 29 U.S.C. § 216(b) for a group of similarly situated individuals ("Collective Members") consisting of:

> Plaintiff and 14 other individuals who opted-in to this lawsuit and worked as non-exempt nurses, certified nursing assistants, licensed practical nurses, and obstetric care technicians ("OB technicians") who were assigned on a full-time or part-time basis to the night shift of Defendant's maternal child unit from August 2023 through September 2025.[1]

---

[1] Opt-In forms have been filed on the docket at Dkt. 28 through 30.

2. Granting final approval of the parties' Fair Labor Standards Act Settlement Agreement and Release, including: (a) approving distribution of the Net Settlement Fund in the amount of $23,969.86, as defined in the Agreement and in the amount proposed by the Parties; (b) approving attorneys' fees to Collective Counsel in the amount of $15,000; and (c) approving payment of litigation costs of Collective Counsel and the costs associated with Settlement Administration in the amount of $694.46. A copy of the proposed Fair Labor Standards Act Settlement Agreement and Release ("Settlement Agreement") is attached as Exhibit 1 to the Parties' Memorandum In Support of Joint Motion For Certification Of Collective Action and Final Approval of Settlement

3. Entering a judgment dismissing this case with prejudice in accordance with the terms of the Agreement.

4. Defendant joins in this motion. In addition, Defendant has reviewed and authorized filing of the accompanying Memorandum in Support of Joint Motion For Certification of Collective Action and Final Approval Of FLSA Settlement, as well as the Declaration of Carl Fitz.

5. A proposed Order is submitted for the Court's consideration.

Respectfully submitted this 20th day of February, 2026

| | |
|---|---|
| COUNSEL FOR DEFENDANT<br>ONSLOW MEMORIAL HOSPITAL, INC. | CO-COUNSEL FOR PLAINTIFFS |
| WYRICK ROBBINS YATES & PONTON LLP | FITZ LAW PLLC |

BY: */s/ Cullen Stafford*  
    T. Cullen Stafford  
    NC Bar No. 48872  
    4101 Lake Boone Trail, Suite 300  
    Raleigh, NC 27607  
    Telephone: (919) 781-4000  
    Facsimile: (919) 781-4865  
    Email: cstafford@wyrick.com

BY: */s/ Carl Fitz*  
    Carl A. Fitz  
    Texas Bar No. 24105863  
    Fitz Law PLLC  
    3730 Kirby Drive, Suite 1200  
    Houston, Texas 77098  
    Telephone: (713) 766-4000  
    carl@fitz.legal

MIANO LAW PC

BY: */s/ Bert Miano*  
    Bert J. Miano  
    N.C. State Bar No. 49813  
    301 South McDowell Street  
    Charlotte, North Carolina 28204  
    Suite 125 - 1352  
    Phone: (704) 275-7199  
    Fax: (704) 630-7199  
    Email: bmiano@mianolaw.com