IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

DENIA WILBURN, Individually and for Others Similarly Situated,

*Plaintiff*,

v.

ONSLOW MEMORIAL HOSPITAL, INC.,

*Defendant*.

Case No. 7:25-cv-00797-D-RJ

**THIS MATTER IS BEFORE THE COURT** on the Parties' "Joint Motion For Certification of Collective Action and Final Approval of FLSA Settlement" (Dkt. 31) filed on February 20, 2026. Having carefully considered the motion and the record, the undersigned will grant the motion. **IT IS, THEREFORE, ORDERED** that the "Joint Motion For Certification of Collective Action and Final Approval of FLSA Settlement" (Dkt. 34.) is **GRANTED**. The Court **ORDERS:**

1. A FLSA Collective Action is certified for settlement purposes under the Fair Labor Standards Act pursuant to 29 U.S.C. § 216(b) for a group of similarly situated individuals ("Collective Members") consisting of:

    Plaintiff and 14 other individuals who opted-in to this lawsuit and worked as non-exempt nurses, certified nursing assistants, licensed practical nurses, and obstetric care technicians ("OB technicians") who were assigned on a full-time or part-time basis to the night shift of Defendant's maternal child unit from August 2023 through September 2025.

2. The Parties' proposed Fair Labor Standards Act Settlement Agreement and Release ("Settlement Agreement," Exhibit 1 to the Parties' Memorandum In Support of Joint Motion For Conditional Certification Of Collective Action, Preliminary Approval of Settlement, and To Facilitate Notice Of Proposed FLSA Settlement; Dkt. 24-2) is approved as it was reached as a result of contested litigation to resolve a *bona fide* dispute. The Court further approves the

applicable releases of claims as set forth in the Settlement Agreement (Dkt. 24-2). The settlement is within the range of fairness, reasonableness, and adequacy, and meets the requirements for approval. The Settlement Agreement is finally approved with respect to Plaintiff and Collective Members, and its terms and provisions shall be consummated.

3. The Court approves the distribution of the Net Settlement Fund of $23,969.86, as defined in the Agreement and in the amount proposed by the Parties.

4. The Court awards payment of Settlement Administration costs and litigation costs in the amount of $694.46.

5. The Court approves payment of attorneys' fees to Collective Counsel in the amount of $15,000.

6. Except as otherwise provided in the Settlement Agreement or herein, the settling Parties are to bear their own attorneys' fees and costs.

7. The Court dismisses this case with prejudice in accordance with the terms of the Agreement.

Dated: _____, 2026

_____
Judge, United States District Court
Eastern District of North Carolina